AMERICAN BULB COMPANY, INC., ROMAN J. IRWIN, INC., SIGMUND KAHN and VAUGHAN'S SEED STORE, INC., Appellants, v. WILLIAM SPIWAK and POSWIL REALTY CORPORATION, Respondents, and SOPHIE SPIWAK, Defendant.— Order dated January 26, 1937, modified by striking out all the items mentioned in the first ordering paragraph except the item designated " 2 motions to dismiss appeal; orders dated May 10, 1935, 40.00;" by striking out the words " Two hundred eight and/100 ($208.80) dollars," and by inserting in place thereof the words, " Forty ($40.00) dollars," and by striking out the second ordering paragraph. As so modified the order is affirmed, with ten dollars costs and disbursements to appellants. Order dated January 12, 1937, affirmed, without costs. The language of the decision of this court [248 App. Div. 753] in reversing the judgment in favor of the defendants and granting judgment in favor of the plaintiffs was clear and specific. Costs to the appellants in this court and in Special Term were decreed, and the judgment should so provide. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

SOL BARISH, Plaintiff, v. NATHAN SZERLIP, SIDNEY SZERLIP, ARTHUR SZERLIP, LOTHAIR SZERLIP, SZERLIP & Co., INC., Respondents, and EAST NEW YORK MASON SUPPLY Co., INC., Appellant.— Order granting motion to dismiss the counterclaim of defendant East New York Mason Supply Co., Inc., for failure to prosecute and directing the county clerk of Kings county to cancel of record the two liens, one of which was filed by it for the sum of $1,411.89 on the 19th day of April, 1933, against the property known as No. 447 Sixth street, Brooklyn, and the other filed by it on the same day for the sum of $97.54, against the property known as No. 400 Sixth avenue, Brooklyn, affirmed, with ten dollars costs and disbursements, unless within twenty days from the entry of the order hereon appellant proceed with the prosecution of its action against the respondents by proper application to the Special Term, as it may be advised; in which event the motion to dismiss the counterclaim is denied, without costs. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.